IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMERICA SEJUNG CORPORATION                                    PLAINTIFF

vs                              3:09CV00104-WRW

BALDWIN PIANO, INC., et al                                    DEFENDANTS

ORDER

Pursuant to the Defendants' Answer and Counterclaim (doc #28), the name of separate defendant, Gibson Musical Instruments Corporation has changed to:

>   GIBSON GUITAR CORPORATION, successor by merger to
>   Gibson Musical Instruments

The Clerk is directed to make this change on the Court's docket.

IS SO ORDERED this 21st day of August, 2009.

AT THE DIRECTION OF THE COURT
JAMES McCORMACK, CLERK

/s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd