IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**AMERICA SEJUNG CORPORATION**                                                   **PLAINTIFF**

**V.**                          **3:09CV00104-WRW**

**BALDWIN PIANO, INC. et al.**                                                       **DEFENDANTS**

**ORDER**

The parties' Joint Motion to Dismiss Claims and Counterclaims (Doc. No. 43) based on settlement is GRANTED, and all claims and counterclaims are dismissed with prejudice.

IT IS SO ORDERED this 25th day of August, 2010.

                                                                          /s /Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE